1 | Julia Azrael (Bar No. 109049)
2 | John S. Curtis (Bar No. 50350)
    Todd E. Feldman (Bar No. 269009)
3 | **LAW OFFICES OF JULIA AZRAEL**
    5200 Lankershim Boulevard, Suite 850
4 | North Hollywood, California 91601
    Telephone: (818) 766-5177
5 | Facsimile: (818) 766-5047

6 | Attorneys for Defendants BLACK & VEATCH CORPORATION
    And OVERLAND CONTRACTING, INC.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ANDREW MERTZ, a married man, | CASE NO. CV 13-05118 MEJ |
| Plaintiff, | Case Assigned to the Honorable Maria-Elena James – Ctrm. B |
| vs. | [Complaint Filed: November 1, 2013] |
| ARTECH INFORMATION SYSTEMS, LLC, a New Jersey limited liability company; OVERLAND CONTRACTING, INC., a Georgia corporation; and BLACK & VEATCH CORPORATION, a Kansas corporation, | **REQUEST TO APPEAR TELEPHONICALLY IN CASE MANAGEMENT CONFERENCE and ORDER** |
| Defendants. | CMC Date: March 6, 2014<br>Time: 10:00 a.m.<br>Ctrm: B |
| | Discovery Cutoff: None<br>Motion Cutoff: None<br>Trial Date: None |

Defendants' counsel Julia Azrael, whose office is located in Southern California, requests that she be allowed to appear at the hearing in the above-entitled action via telephone. Such hearing is on the parties' Initial Case Management Conference. Ms. Azrael's contact number for this appearance is (818) 766-5177.

///

1 | Dated: February 21, 2014

LAW OFFICES OF JULIA AZRAEL

By: _____
JULIA AZRAEL
Attorneys for Defendants BLACK &
VEATCH CORPORATION and
OVERLAND CONTRACTING, INC.

- 2 -
Defendants' Request to Appear Telephonically Case Management
Conference and Order

## **ORDER**

The Court hereby grants the request of Julia Azrael to appear telephonically at the above-mentioned Case Management Conference hearing.

**IT IS SO ORDERED.**

DATED: __February 21__, 2014    _____
MARIA-ELENA JAMES
Chief Magistrate Judge, United States District Court