**PHILLIPS DAYES LAW GROUP PC**
ATTORNEYS AT LAW
Suite 1500
3101 North Central Avenue
Phoenix, Arizona 85012

**DAWN M. SAUER** (CA Bar #228090)
dawns@phillipsdayeslaw.com

Attorney for Plaintiff

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ANDREW MERTZ, a married man<br><br>    Plaintiff,<br><br>vs.<br><br>ARTECH INFORMATION SYSTEMS, LLC, a New Jersey limited liability company; OVERLAND CONTRACTING, INC., a Georgia corporation; and BLACK & VEATCH CORPORATION, a Kansas corporation,<br><br>    Defendants. | Case No.: CV 13-05118 MEJ<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE TELEPHONICALLY**<br><br>Case Assigned to the Honorable Maria-Elena James – Ctrm. B<br><br>[Complaint Filed: November 1, 2013]<br><br>CMC Date: March 6, 2014<br>Time:     10:00 a.m.<br>Ctrm:      B<br><br>Discovery Cutoff:   None<br>Motion Cutoff:      None<br>Trial Date:         None |

The Court hereby grants the request of Dawn M. Sauer to appear telephonically at the above mentioned Case Management Conference hearing.

**IT IS SO ORDERED.**

Dated: February 28, 2014

_____
MARIA-ELENA JAMES
Chief Magistrate Judge, United States District Court